UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE FERRELL, | : |
| Plaintiff | : |
| v. | : CIVIL NO. 3:CV-07-2341 |
| JEFFREY A. BEARD, <u>et</u> <u>al</u>., | : (Judge Kosik) |
| Defendants | : |

**ORDER**

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Bruce Ferrell, an inmate currently confined at the State Correctional Institution at Smithfield (SCI-Smithfield), Pennsylvania, filed this civil rights action pursuant to 42 U.S.C. § 1983. Named as Defendants are Jeffrey A. Beard, Secretary of the Pennsylvania Department of Corrections ("DOC") and various employees who appear to be employees of SCI-Smithfield. Plaintiff has filed an application to proceed *in forma pauperis* and an Authorization form. An Administrative Order was issued by the Clerk of Court on January 11, 2008. (Doc. 9.) On February 14, 2008, Plaintiff filed a motion for clarification (Doc. 12) seeking verification that the court did receive his *in forma pauperis* and authorization forms. This motion will be granted to the extent that said forms were received. Also pending is Plaintiff's motion for a restraining order (Doc. 13) and brief in support thereof (Doc. 16). On June 2, 2008,

Plaintiff filed a motion for court order (Doc. 17), a motion to add additional defendants and a brief in support thereof. (Docs. 18-20.)  On June 12, 2008, he submitted a motion for extension of time to file his brief in support of his motion for court order.  (Doc. 19.)  Subsequent thereto, a supporting brief was filed on June 21, 2008. (Doc. 21.)

The original complaint as filed identifies six (6) Defendants.  The motion to add defendants seeks to add the following four (4) Doe defendants, who are referenced in the complaint: John Doe Sergeant; John Doe Captain; and John Does 1 and 2, Correctional Guards.  The motion to add defendants (Doc. 18) will be granted, and the Clerk of Court directed to add the Doe defendants to the docket sheet as defendants in this action.  Service of the complaint, as well as Plaintiff's motions and supporting briefs for restraining order and for court order, and a copy of this Order will be directed upon Defendants.

**ACCORDINGLY, THIS 5th DAY OF AUGUST, 2008, IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion for clarification (Doc. 12) is **granted** to the extent that the court acknowledges receipt of Plaintiff's motion to proceed *in forma pauperis* and authorization form.

2. Plaintiff's motion to add defendants (Doc. 18) is **granted**.  The Clerk of Court is directed to add the four Doe defendants referenced above to the docket sheet as defendants in this action.

3

3. Plaintiff's motion for enlargement of time within which to file a brief in support of his motion for court order is **granted,** and the brief submitted on June 25, 2008 (Doc. 21) is accepted as timely filed by the court.

4. The United States Marshal is directed to serve a copy of Plaintiff's complaint (Doc. 1), Plaintiff's motion for restraining order and supporting brief (Docs. 13,16), Plaintiff's motion to add defendants and supporting brief (Docs. 18, 20), Plaintiff's motion for court order and supporting brief (Docs. 17, 21) and a copy of this order on the defendants named therein, including the newly added Doe defendants.

*s/EDWIN M. KOSIK*
United States District Judge